IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLYDE JOHNSON
   Plaintiff  :

  v.   : CIVIL ACTION NO. RDB-07-1428

FEDERAL GOVERNMENT ATF :
DIVISION, *et al*.
   Defendants :

## MEMORANDUM OPINION

On May 23, 2007, Clyde Johnson, a resident of Baltimore, Maryland, filed a civil action seeking money damages and alleging his "disorders" were caused by governmental action.[1] Because he may be indigent, Plaintiff shall be granted leave to file *in forma pauperis*, without prepayment of the $350.00 civil filing fee.

Assuming jurisdiction and venue in this Court were proper, discretion has been granted to federal district judges under 28 U.S.C. § 1915 to screen out meritless cases filed by *pro se* plaintiffs. *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Nasim v. Warden, Maryland House of Correction*, 64 F.3d 951, 953 (4th Cir. 1995). Under *Neitzke*, a complaint may be dismissed under §1915(e) if it lacks an arguable basis either in law or in fact. *Neitzke*, 490 U.S. at 325. Plainly, this Complaint, from which is it impossible to determine a cause of action, satisfies the standard for such dismissal. Thus, the Complaint shall be dismissed. A separate order follows.

June 7, 2007          /s/
 Date            RICHARD D. BENNETT
              UNITED STATES DISTRICT JUDGE

---

[1] From the Complaint, the Court gleans that Plaintiff has some involvement in the criminal justice system and required special educational services while in school.